JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS LOUIS BUSH, | ) | No. SACV 19-0563-DMG (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| C. KOENING, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: September 9, 2019

_____
DOLLY M. GEE
United States District Judge